# SCHEDULE OF PRETRIAL AND TRIAL DATES

CASE NAME: **GS Holistic, LLC v. Michel Affi d/b/a ABC Wholesale Imports**

CASE NO: **2:24-cv-06310-DSF-SK**

| Matter | Time | Weeks before trial | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|---|---|
| Trial (jury)(court) (length 3-4 days) (**Tuesday**) | 8:30 am | | 6/23/2026 | 6/23/2026 | |
| Pretrial Conference, LR 16;<br>Hearing on Motions in Limine (**Monday**) | 3:00 pm | 4 | 5/25/2026 | 6/01/2026 | |
| Trial Documents (Set Two)<br>**All Trials:** Lodge Pretrial Conference Order, LR 16-7; File Oppositions to Motions in Limine<br>**Jury Trial Only:** File Agreed Set of Jury Instructions and Verdict Forms; Statement Regarding Disputed Instructions and Verdict forms | | 6 | 5/12/2026 | 5/11/2026 | |
| Trial Documents (Set One)<br>**All Trials:** File Memo of Contentions of Fact and Law, LR 16-4; Exhibit & Witness Lists, LR 16-5, 6; Status Report Regarding Settlement; Motions in Limine (no more than five motions per side may be filed without Court permission)<br>**Court Trial Only:** Lodge Findings of Fact and Conclusions of Law; LR 52; File Summaries of Direct Testimony (optional) | | 7 | 5/05/2026 | 5/4/2026 | |
| Last day to conduct ADR Proceeding, LR 16-15 | | 12 | 3/31/2026 | 4/06/2026 | |
| Last day to **hear** motions (except motion to amend pleadings or add parties and motions in limine), LR 7 (**Monday**) | | 14 | 3/16/2026 | 3/23/2026 | |
| Non-expert Discovery Cut-off | | 21+ | 1/31/2026 | 2/14/2026 | |
| Expert Disclosure (initial) | | | 2/01/2026 | 2/17/2026 | |
| Expert Disclosure (rebuttal) | | | 2/15/2026 | 03/03/2026 | |
| Expert Discovery Cut-off | | 21+ | 2/28/2026 | 3/13/2026 | |
| Last day to hear motion to amend pleadings or add parties (**Monday**) | | 32+ | 11/10/2025 | 12/01/2025 | |

LR 16-15 ADR Choice: [X] 1. USMJ [X] 3. Outside ADR

[ ] 2. Attorney Settlement Panel