UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

GS HOLISTIC, LLC,
Plaintiff,
v.
BKA WHOLESALE, INC., et al.,
Defendants.

No. 2:24-cv-06310-DSF-SK

**JOINT EXHIBIT LIST**

The Plaintiff, GS HOLISTIC, LLC (hereinafter referred to as "GS"), and Defendant, MICHEL AFFI d/b/a ABC WHOLESALE IMPORTS, by and through their undersigned counsel, hereby files the following Joint Exhibit List.

**Note:** An asterisk (*) denotes an exhibit offered only if the need arises.

| EX. NO. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 100 | Registration certificate for U.S. Trademark Registration Number 6,633,884 | | |
| 101 | Registration certificate for U.S. Trademark Registration Number 6,174,292 | | |
| 102 | Registration certificate for U.S. Trademark Registration Number 6,174,291 | | |

| EX. NO. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 103 | Registration certificate for U.S. Trademark Registration Number 7,028,399 | | |
| 104 | Investigation Report of Defendants Store #1 | | |
| 105 | Investigation Report of Defendants Store #2 | | |
| 106 | Counterfeit Stündenglass Gravity Infuser Offered for Sale by the Defendants | | |
| 107 | Counterfeit Stündenglass Gravity Infuser Offered for Sale by the Defendants | | |
| 108 | Authentic Black Stündenglass Gravity Infuser | | |
| 109 | Authentic Kompact Stündenglass Gravity Infuser | | |
| 110 | Authentic Silver Stündenglass Gravity Infuser | | |
| 111 | Authentic Blue Cookies Model of Stündenglass Gravity Infuser | | |
| 112 | Authentic Green Stündenglass Gravity Infuser | | |
| 113 | Authentic Pink Model of Stündenglass Gravity Infuser | | |
| 114 | International Recognition Slide Deck | | |
| 115 | Consumer Sophistication Slide Deck | | |
| 116 | Product Instruction Manual | | |
| 117 | Product Catalog | | |
| 500 | Bill of Sale for Business Assets between Michel Affi d/b/a ABC Wholesale (Seller) and Bassam Mansour d/b/a ABC Wholesale (Buyer), dated July 1, 2023 (DEF-0001). | | |
| 501 | Attachment 1 to Bill of Sale — Schedule of Transferred Property (Furniture/Fixtures, Inventory, Sales Tax; Total Sales Price $105,475.00), | | |

| EX. NO. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| | dated July 1, 2023 (DEF-0002). | | |
| 520 | Plaintiff GS Holistic, LLC's Amended Rule 26(a)(1) Disclosures, dated July 16, 2025. | | |
| 521 | Plaintiff's Responses to Defendant's First Set of Interrogatories. | | |
| 522 | Plaintiff's Responses to Defendant's First Set of Requests for Admission. | | |
| 523 | Plaintiff's Responses to Defendant's First Set of Requests for Production. | | |
| 530 | Physical Subject Units SU-1 through SU-4 allegedly purchased from Defendant, including associated product packaging, inserts, manuals, accessories, labels, evidence seals/tags, and shipping materials, currently in Plaintiff's custody or control. | | |
| 531 | FedEx shipping label associated with the Subject Units, bearing tracking number 2740 0697 7160. | | |
| 532 | Original shipping packaging, outer carton(s), and shipping materials associated with the Subject Units and FedEx tracking number 2740 0697 7160, currently in Plaintiff's custody or control. | | |
| 540 | Plaintiff-produced Investigation Worksheet dated June 6, 2022, signed by David Perry. | | |
| 541 | Plaintiff-produced handwritten receipt/invoice dated June 6, 2022, and associated ABC Wholesale Imports business card. | | |
| 542 | Plaintiff-produced investigation photographs depicting the Subject Units, packaging, shipping materials, labels, and related materials. | | |
| 543* | Native image files and metadata for Plaintiff-produced investigation photographs, if produced. | | |
| 600 | U.S. Trademark Registration No. 6,174,291. | | |

| EX. NO. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 601 | U.S. Trademark Registration No. 6,174,292. | | |
| 602 | U.S. Trademark Registration No. 6,633,884. | | |
| 603* | U.S. Design Patent No. D943,817. | | |
| 604* | U.S. Design Patent No. D970,804. | | |

/s/ *Tomas Carlos Leon.*
Tomas Carlos Leon
CA Bar #321117
Leon Law LLP
1145 W. 55th Street
Los Angeles, California 90037
tommie@leon.law
*Attorney for the Plaintiff*

EDDY LEAL, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030
*Attorney for the Plaintiff*

*/s/ David Fernandez*
David Fernandez
324 South Beverly Drive, No. 137
Beverly Hills, CA 90212
t: 424-281-0320
df@mgm.law
*Attorney for the Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2026, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

/s/ *Tomas Carlos Leon.*
Tomas Carlos Leon
CA Bar #321117
Leon Law LLP
1145 W. 55th Street
Los Angeles, California 90037
tommie@leon.law
*Attorney for the Plaintiff*

David Fernandez
324 South Beverly Drive, No. 137
Beverly Hills, CA 90212
t: 424-281-0320
df@mgm.law
*Attorney for the Defendant*