UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br>Plaintiff,<br>v.<br>BKA WHOLESALE, INC., et al.,<br>Defendants. | No. 2:24-cv-06310<br><br>**PLAINTIFF'S WITNESS LIST** |

The Plaintiff, GS HOLISTIC, LLC (hereinafter referred to as "GS"), by and through its undersigned counsel, hereby files the following Witness List. The Plaintiff reserves the right to make further changes to this list.

*Intentionally Left Blank*



LEON LAW, LLP

| Witness Name, Phone Number, Address | Summary of Testimony | Direct Examination | Cross Examination |
|---|---|---|---|
| Christopher Folkerts c/o Eddy Leal (305)979-3900 777 Brickell Ave, Suite 500. Miami Fl 33131 | Christopher Folkerts is the owner and Chief Executive Officer of the Plaintiff, GS HOLISTIC, LLC. Mr. Folkerts has knowledge in his capacity as CEO and representative of the Plaintiff in this action, including ownership of trademarks, prior actions taken to fight counterfeit products, and the use of the products which the Plaintiff sells. He will testify as to impact of sale of counterfeit products on company and its reputation and overall impact of counterfeit products. | 4 Hours | 2 Hours |
| David Perry c/o Eddy Leal (305)979-3900 777 Brickell Ave, Suite 500. Miami Fl 33131 | Asheley Colon is a Private Investigator in and will testify regarding visits to Defendants' stores and his report regarding counterfeit products that he found there. | 3 Hours | 1 Hour |
| Bryan Malamut c/o Eddy Leal (305)979-3900 777 Brickell Ave, Suite 500. Miami Fl 33131 | Mr. Malamut is a Private Investigator in and will testify regarding visits to Defendants' stores and his report regarding counterfeit products that he found there. | 3 Hours | 1 Hour |
| Gabriel Alvarez, c/o Eddy Leal, PA (305)979-3900 777 Brickell Ave, Suite 500, Miami, FL 33131 | Mr. Alvarez is a representative of GS Holistic, LLC. He will testify in his capacity as a representative for GS Holistic, LLC and the impact that counterfeiting has caused Plaintiff. | 1 Hour | 30 Minutes |
| Michel Affi | Mr. Affi is a defendant in this suit. He will be examined as to the allegations made in the Complaint and Answer. | 2 Hours | |
| | | | |
| Any and all individuals listed by the Defendants, which the Plaintiff does not object. | | | |



LEON LAW, LLP

/s/ *Tomas Carlos Leon.*
Tomas Carlos Leon
CA Bar #321117
Leon Law LLP
1145 W. 55th Street
Los Angeles, California 90037
tommie@leon.law
*Attorney for the Plaintiff*

EDDY LEAL, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030
*Attorney for the Plaintiff*

LEON LAW, LLP

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 5, 2026, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

/s/ *Tomas Carlos Leon.*
Tomas Carlos Leon
CA Bar #321117
Leon Law LLP
1145 W. 55th Street
Los Angeles, California 90037
tommie@leon.law
*Attorney for the Plaintiff*

LEON LAW, LLP