**LEON LAW LLP**
Tomas Carlos Leon, Esquire (CA Bar No. 321117)
1145 W. 55th Street, Los Angeles, CA 90037
(512) 965-9637
tommie@leon.law

EDDY LEAL, P.A.
777 BRICKELL AVENUE, SUITE 500
MIAMI, FL 33131
PHONE: 305-979-3900
EMAIL: EL@LEALLEGAL.COM
E-SERVICE: ESERVICE@LEALLEGAL.COM

BY: /S/ EDDY LEAL
EDDY LEAL, ESQ.
FLORIDA BAR NO. 96030

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br>Plaintiff,<br>v.<br>BKA WHOLESALE, INC., et al.,<br>Defendants. | No. 2:24-cv-06310-DSF-SK<br><br>**PLAINTIFF'S MOTION FOR CONTINUANCE** |

The Plaintiff, GS HOLISTIC, LLC (hereinafter referred to as "GS"), by and through its undersigned counsel, hereby files its Request to Continue the Final Pre-Trial Conference for a date after May 18, 2026, and in support thereof states as follows:

1. The final pretrial conference in this matter is presently scheduled for May 18, 2026, at 3:00PM before Dale S. Fischer, as reflected on the Court's docket.

2. Undersigned counsel who is lead counsel for GS Holistic has a preplanned and longstanding trip scheduled, which directly conflicts with the current



LEON LAW, LLP

conference date. Undersigned counsel has submitted a declaration in support of the request to continue the pre-trial conference, which is currently scheduled for May 18, 2026. In addition, undersigned counsel has submitted numerous pre-trial materials, including jury instructions, an index of those instructions, a witness list, and an exhibit list to document the ongoing efforts to move this case forward.

3. Counsel has conferred with David Fernandez, counsel for Defendant, and counsel objected to the requested continuance. Undersigned has acted diligently in bringing this conflict to the Court's attention promptly upon learning of the scheduling conflict. This request is made in good faith and not for purposes of delay. A brief continuance will not prejudice any party, nor should it materially impact the progression of this case.

4. The Plaintiff respectfully requests that the Court Continue the Final Pre-Trial Conference for a date after May 18, 2026, to a date convenient for the Court.

WHEREFORE, the Plaintiff, GS HOLISTIC, LLC, respectfully requests that this Court grant its Motion to Continue Final Pre-Trial Conference, move the hearing to a later date, and for any other relief this Court deems just and proper.

EDDY LEAL, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030
*Attorney for the Plaintiff*



LEON LAW, LLP

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2026, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030

LEON LAW, LLP