UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GS HOLISTIC, LLC,

Plaintiff,

v.

BKA WHOLESALE, INC., et al.,

Defendants.

No. 2:24-cv-06310-DSF-SK

**PROPOSED ORDER ON PLAINTIFF'S MOTION FOR CONTINUANCE**

Upon consideration of the Plaintiff's Request, and being otherwise fully advised on the premises, it is hereby **ORDERED** and **ADJUDGED** that the Plaintiff's Request to Continue the Final Pre-Trial Conference for a date after May 18, 2026 is **GRANTED**.

DONE AND ORDERED in Chambers this ____ May 2026.

______________________________________

UNITED STATES DISTRICT JUDGE

c: All counsel of record

LEON LAW, LLP