UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br>Plaintiff,<br>v.<br>MICHEL AFFI d/b/a ABC WHOLESALE,<br>Defendants, | No. 2:24-cv-06310-DSK-SK |

**NOTICE OF FILING DECLARATION OF ATTORNEY FEES & COSTS**

Pursuant to this Court's August 26, 2026 Order (DE 43), Plaintiff, GS Holistic, LLC, hereby gives notice of filing the attached Declaration of Attorney Fees and Costs.

/s/ *Tomas Carlos Leon.*
Tomas Carlos Leon
CA Bar #321117
Leon Law LLP
1145 W. 55th Street
Los Angeles, California 90037
tommie@leon.law
*Attorney for the Plaintiff*

LEON LAW, LLP

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 31, 2026, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

/s/ *Tomas Carlos Leon.*
Tomas Carlos Leon
CA Bar #321117

LEON LAW, LLP

**DECLARATION OF ATTORNEY'S FEES AND COSTS**
(Title 28 USC §1746 and Fla. Stat §92.525)

I, Eddy Leal, Esq., declare under penalty of perjury that the following is true and correct:

1. I am the lead attorney for Plaintiff, GS Holistic, LLC ("GS Holistic"), in this case. This Declaration is based on my personal knowledge of the attorneys' fees and costs charged and collected, or to be charged and collected, from GS Holistic, and upon reviewing the books and records of Eddy Leal, P.A., made in the ordinary course of business under my supervision and control. I am a member in good standing of the Florida Bar, New York, and North Carolina and have been a licensed and practicing attorney in Florida since 2012.

2. My hourly rate for this matter is $450 per hour and about 16.50 hours have been expended (including the time incurred by local counsel attending the recent settlement conference) for an amount of $7,150.00. As to costs incurred in attending this Court's settlement conference, GS Holistic requests a cost award for an amount of $1,633.01. Attached, as Exhibit 1, is a true and correct copy of the time and costs with a detailed explanation incurred to date.

3. The total amount due to Eddy Leal, PA is $8,783.01.

Pursuant to Section 92.525, Florida Statutes, I, Eddy Leal, declare that I have read the foregoing Declaration, and that the facts stated herein are true.

Date: August 30, 2026

DocuSigned by:
Eddy Leal
DE01A44221364D8...

Eddy Leal

LEON LAW, LLP

# Activities Export

08/30/2026
10:24 PM

| Date | Type | Description | Matter | User | Qty | Rate (USD) | Non-billable (USD) | Billable (USD) |
|---|---|---|---|---|---|---|---|---|
| 08/27/2026 | $ | transportation to and from airports | 22-0308 GSCA Holistic v. ABC Wholesale Imports - ST - Distributor | Eddy Leal | 1.00 | $165.03 | - | $165.03 |
| 08/27/2026 | $ | The Westin Bonaventure Hotel & Suites, Los Angeles for 2 nights (August 25-27, 2026). | 22-0308 GSCA Holistic v. ABC Wholesale Imports - ST - Distributor | Eddy Leal | 1.00 | $579.19 | - | $579.19 |
| 08/26/2026 | | (local counsel Tommie Leon) Prepare for and attend settlement conference with US Magistrate Judge Kim. | 22-0308 GSCA Holistic v. ABC Wholesale Imports - ST - Distributor | Eddy Leal | 5.50h | $400.00 | - | $2,200.00 |
| 08/26/2026 | | Prepare for and attend settlement conference with Magistrate Judge Kim; prepare for and final review of mock closing argument. | 22-0308 GSCA Holistic v. ABC Wholesale Imports - ST - Distributor | Eddy Leal | 6.00h | $450.00 | - | $2,700.00 |
| 08/25/2026 | | Review of pleadings, reports, docket report, settlement conference order in preparation for mock closing argument. | 22-0308 GSCA Holistic v. ABC Wholesale Imports - ST - Distributor | Eddy Leal | 1.50h | $450.00 | - | $675.00 |
| 08/24/2026 | | Draft response to questions by US Magistrate Judge Kim in preparation for settlement conference; confer with client. | 22-0308 GSCA Holistic v. ABC Wholesale Imports - ST - Distributor | Eddy Leal | 0.30h | $450.00 | - | $135.00 |
| | | | | | | | **$0.00 USD** 0.00h | **$8,783.01 USD** 16.50h |

# Activities Export

08/30/2026
10:24 PM

| Date | Type | Description | Matter | User | Qty | Rate (USD) | Non-billable (USD) | Billable (USD) |
|---|---|---|---|---|---|---|---|---|
| 08/23/2026 | | Receipt and review of correspondence from US Magistrate Judge Kim regarding the upcoming settlement conference. | 22-0308 GSCA Holistic v. ABC Wholesale Imports - ST - Distributor | Eddy Leal | 0.20h | $450.00 | - | $90.00 |
| 08/21/2026 | $ | Flight to Los Angeles to attend settlement conference. | 22-0308 GSCA Holistic v. ABC Wholesale Imports - ST - Distributor | Eddy Leal | 1.00 | $888.79 | - | $888.79 |
| 08/19/2026 | | Review order in preparation for draft of confidential settlement statement; draft confidential settlement statement; confer with client. | 22-0308 GSCA Holistic v. ABC Wholesale Imports - ST - Distributor | Eddy Leal | 1.90h | $450.00 | - | $855.00 |
| 08/19/2026 | | Draft settlement offer to defense counsel prior to incurring travel expense and attending settlement conference; no response received. | 22-0308 GSCA Holistic v. ABC Wholesale Imports - ST - Distributor | Eddy Leal | 0.20h | $450.00 | - | $90.00 |
| 08/04/2026 | | Attend pre-settlement conference conferral with defense counsel and local counsel per the instructions of the US Magistrate Judge Kim to discuss settlement; review correspondence from defense counsel. | 22-0308 GSCA Holistic v. ABC Wholesale Imports - ST - Distributor | Eddy Leal | 0.50h | $450.00 | - | $225.00 |
| 05/15/2026 | | Receipt and review of order | 22-0308 | Eddy Leal | 0.40h | $450.00 | - | $180.00 |
| | | | | | | | **$0.00 USD** 0.00h | **$8,783.01 USD** 16.50h |

# Activities Export

08/30/2026
10:24 PM

| Date | Type | Description | Matter | User | Qty | Rate (USD) | Non-billable (USD) | Billable (USD) |
|---|---|---|---|---|---|---|---|---|
| | | regarding settlement conference with US Magistrate Judge Kim; calendar deadlines. | GSCA Holistic v. ABC Wholesale Imports - ST - Distributor | | | | | |
| | | | | | | | **$0.00 USD**<br>0.00h | **$8,783.01 USD**<br>16.50h |